| | |
|---|---|
| DELBELLO DONNELLAN WEINGARTEN<br>WISE & WIEDERKEHR, LLP<br>*Attorneys for the Debtor*<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200<br>Julie Cvek Curley, Esq. | *Hearing Date: January 15, 2019*<br>*Hearing Time: 9:30 a.m.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

119 MAIN STREET, L.L.C.,

                        Debtor
--------------------------------------------------------X

                                                                  Chapter 11
                                                                  Case No. 18-35074-cgm

### NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER VOLUNTARILY DISMISSING THE DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §1112(b)(1) AND (4)

**PLEASE TAKE NOTICE,** that upon the Motion (the "Motion") of 119 Main Street, L.L.C., the above captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, seeking entry of an Order dismissing the Chapter 11 Case pursuant to 11 U.S.C. §1112(b)(1) and (4), a hearing shall be held before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, Southern District of New York (Poughkeepsie Division), 355 Main Street, Poughkeepsie, New York 12601, on the 15th day of January, 2019 at 9:30 am., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that responsive papers, if any, must be filed with Court on the Court's website, www.nysb.uscourts.gov (Login and Password required), with a copy delivered directly to Chambers, and served and received by counsel to the Debtor,

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601, Attn: Julie Cvek Curley, Esq. no later than seven (7) business days prior to the date of the hearing.

Dated: White Plains, New York
December 7, 2018

        DELBELLO DONNELLAN WEINGARTEN
        WISE & WIEDERKEHR, LLP
        *Attorneys for the Debtor*
        One North Lexington Avenue
        White Plains, New York 10601
        (914) 681-0200

By: */s/ Julie Cvek Curley*
      Julie Cvek Curley

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Julie Cvek Curley, Esq.

*Hearing Date: January 15, 2019*
*Hearing Time: 9:30 a.m.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

119 MAIN STREET, L.L.C.,

                           Debtor
--------------------------------------------------------X

Chapter 11
Case No. 18-35074-cgm

## DEBTOR'S MOTION FOR ORDER VOLUNTARILY DISMISSING THE DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §1112(b)(1) AND (4)

**TO:  HONORABLE CECELIA G. MORRIS,**
      **CHIEF UNITED STATES BANKRUPTCY JUDGE:**

119 Main Street, L.L.C., the above captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP hereby submits this motion (the "Motion") pursuant to §1112(b) of 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") for entry of an order voluntarily dismissing the Debtor's Chapter 11 Case. In support of this Motion, the Debtor submits its Memorandum of Law in Support of this Motion and the Declaration of Julie Cvek Curley, Esq.

Dated: White Plains, New York
       December 7, 2018

          DELBELLO DONNELLAN WEINGARTEN
          WISE & WIEDERKEHR, LLP
          *Attorneys for the Debtor*
          One N. Lexington Avenue, 11th Floor
          White Plains, New York 10601
          (914) 681-0200

By: */s/ Julie Cvek Curley*
     Julie Cvek Curley